# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs.  ) | CRIMINAL ACTION 09-00143-KD-B |
| ) | |
| THOMAS EDWARD TAYLOR, ) | |
|     Defendant. ) | |

### ORDER

This matter is before the Court on the Defendant's Motion to Correct Clerical Error. (Doc. 24). Specifically, the Defendant requests the Court correct "the clerical error reflected in his Presentence Report adopted by this Court and used to determine [his] sentence[.]"  (Id. at 3).

Rule 36 of the Federal Rules of Criminal Procedure provides that "[a]fter giving any notice it considers appropriate, the court may at any time correct a clerical error in a judgment, order, or other part of the record, or correct an error in the record arising from oversight or omission."  A review of the Defendant's motion reveals that it is not one to simply correct a clerical error.  Rather, the Defendant's motion raises only a substantive challenge to his sentence and does not point to any clerical error with respect to his sentence.  See, e.g., U.S. v. Parson, Slip Copy, 2012 WL 1521824, *1 (11th Cir. May 2, 2012).  Accordingly, upon consideration, it is **ORDERED** that Defendant Taylor's Motion to Correct Clerical Error (Doc. 24) is **DENIED.**

**DONE** and **ORDERED** this the **25th** day of **June 2012.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**